UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY RAWLEY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>J.L. SHERMAN EXCAVATION CO., a Washington Corporation, JEFF & PAM SHERMAN, a marital community,<br><br>　　　　　　　　Defendants. | NO: 2:18-CV-0256-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 25). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the record and files herein, and is fully informed.

According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared. Unless the stipulation states otherwise, the dismissal is

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

without prejudice.  Here the parties have stipulated to dismissal with prejudice and each party bearing their own fees and costs.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party to bear its own fees and costs.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 17, 2019.



THOMAS O. RICE
Chief United States District Judge